1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

GINA G. MUNTZ,

8
                          Plaintiff,          CASE NO. C21-5378-BAT

9
          v.                                  **ORDER DIRECTING PLAINTIFF TO**
                                              **CURE DEFICIENT IFP APPLICATION**
10
COMMISSIONER OF SOCIAL SECURITY,

11
                          Defendant.

12

13          Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth

14   Circuit in this case seeking review of a denial of Social Security disability benefits. Dkt. 19.

15   Attached to that notice was an unsigned declaration and application to proceed in forma pauperis

16   in this Court. Dkt. 19, attach. 3. Plaintiff subsequently filed a signed copy of the same

17   declaration and application. Dkt. 20. Plaintiff's attempt to obtain leave to proceed in forma

18   pauperis on appeal was deficient.

19          Under Rule 24 of the Federal Rules of Appellate Procedure, a party who desires to appeal

20   in forma pauperis must file a motion in the district court and must attach an affidavit that (1)

21   shows in the detail prescribed in Form 4 of the Appendix of Forms to the Federal Rules of

22   Appellate Procedure the party's inability to pay or give security for fees and costs, (2) claims an

23   entitlement to redress, and (3) states the issues that the party intends to present on appeal.

Plaintiff's submission does not meet these requirements.

The Court therefore **ORDERS** as follows: Plaintiff shall have until **March 7, 2022**, to file a corrected motion for leave to proceed in forma pauperis on appeal. Failure to submit a motion that complies with the Federal Rules of Appellate Procedure will result in the denial of the motion. In addition, the required affidavit must be signed by plaintiff. The Court will not accept an unsigned affidavit as a timely filing.

DATED this 28th day of February, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO CURE
DEFICIENT IFP APPLICATION - 2